JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case 2:20-cv-10153-JFW-SKx |
| Plaintiff, | **Judgment** |
| v. | |
| **EDH Enterprise, LLC**, a California Limited Liability Company; and **Lara Ani Kajajian**, | |
| Defendants. | |

## ORDER

Following the Court's ruling on December 10, 2021, granting Plaintiff's Application for Default Judgment, it is hereby ordered and adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor and against defendants EDH Enterprise, LLC and Lara Ani Kajajian in the amount of $4,000 in statutory damages and $23,147.86 in attorneys' fees and costs.

Additionally, Defendants EDH Enterprise, LLC and Lara Ani Kajajian are ordered to provide a wheelchair accessible sales counter, wheelchair accessible paths of travel and wheelchair accessible tables at the Larissa Love store located at 1129 Montana Ave, Santa Monica, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: December 14, 2021

Hon. John F. Walter
United States District Judge